UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PLAQUEMINES PARISH SCHOOL BOARD | CIVIL ACTION |
| VERSUS | NO: 06-7213 |
| INDUSTRIAL RISK INSURERS, ET AL | SECTION: "S" (3) |

**DEFENDANTS' MOTION IN LIMINE TO EXCLUDE
PLAINTIFF'S EXPERT PAUL AMORUSO**

**NOW INTO COURT,** through undersigned counsel, come defendants, Industrial Risk Insurers ("IRI") and Westport Insurance Corporation ("Westport"), and move to exclude the expert report and testimony of plaintiff Plaquemines Parish School Board's expert, Paul Amoruso, for the reasons more fully set forth in the accompanying memorandum.

Respectfully submitted,

**JAMES RYAN III & ASSOCIATES, LLC**

/s/ Jeffrey A. Clayman
_____
JAMES RYAN III (#11558) (TA)
TIMOTHY T. RONIGER (#11443)
JEFFREY A. CLAYMAN (#30442)
201 St. Charles Avenue, Suite 2420
New Orleans, LA 70170
Telephone:    (504) 599-5990
Facsimile:     (504) 599-5991
E-Mail: jryan@ryan-law.us

-and-

**NIXON PEABODY LLP**
AIDAN M. MCCORMACK (NY #2507655)
MARK DECKMAN (NY #2971265)
ERIK DREWNIAK (NY #3908019)
437 Madison Avenue
New York, NY 10022
Telephone:    (212) 940-3000
Facsimile:     (212) 940-3111

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of February, 2009, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Jeffrey A. Clayman

_____
**JEFFREY A. CLAYMAN**