56

```
 1              what I have seen, yes.
 2   Q.         I asked you earlier if those were all
 3              the proofs of loss that you are relying
 4              upon.
 5   A.         I can't think of any others at this
 6              point, no.  You've seen all the letters
 7              that went back and forth on this claim.
 8              It's very simple.  "Pay me the money.
 9              The loss exceeds my policy."
10   Q.         So with regards to when you say, "IRI
11              has failed to accept the insured's
12              presentation of damage," are you
13              referring to what you previously
14              identified in this deposition as the
15              PPSB proofs of loss?
16   A.         The proofs of loss, the letter summation
17              from LeBlanc, and the inspections alone
18              were obvious enough that the damage
19              exceeded the policy, starting in
20              September of 2005.  Everybody that was
21              involved in the adjustment process in
22              this loss knew the insured suffered a
23              significant loss.  All of that was part
24              of -- visual inspections alone say I
25              have been really damaged in this.
```



EXHIBIT B

57

```
 1  Q.     Let me make this clear.  You didn't
 2         perform any valuations of damage
 3         assessments, did you?
 4  A.     Certainly, I did.  I made the assessment
 5         that the damages exceeded sixteen and a
 6         half million dollars by basing it on
 7         what I saw in the file, based on the
 8         people's belief of what they saw, and I
 9         attributed it to covered loss based on
10         the facts in the claims file that IRI
11         put together and the insured
12         communicated back and forth.
13  Q.     Mr. Amoruso, my question is:  Did you
14         yourself perform a damage assessment of
15         the buildings that are involved in this
16         lawsuit?
17  A.     I believed that the damage the insured
18         suffered exceeded sixteen and a half
19         million dollars.
20  Q.     Did you do a damage estimate?
21  A.     I've written thousands of them.
22  Q.     Did you do one in this case?
23  A.     Certainly.
24  Q.     Can I have a copy of your damage
25         assessment?
```

58

```
 1  A.   I just told you how I arrived at it.  I
 2       don't have to physically see the
 3       buildings.  I can see the description
 4       put together by others.
 5  Q.   Is it correct to say then that you did
 6       not do a damage assessment in this case
 7       by physically inspecting the buildings
 8       and determining the extent of damage
 9       sustained by each building?
10  A.   I haven't done that in 20 years.
11  Q.   So the answer to my question is you
12       haven't done it?
13  A.   The answer is, no, I have not seen these
14       buildings.  My assessment was done based
15       on my experience and my authorization
16       level of being the guy -- I haven't made
17       an inspection of a building in years,
18       but I have made decisions of
19       authorization to give people payment on
20       the basis of seeing the facts in the
21       case.
22  Q.   Let me go back to this.  When you say
23       that IRI failed to accept the insured's
24       presentation of damage, are you
25       referring to -- I want to get it
```