UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PLAQUEMINES PARISH SCHOOL BOARD** | **CIVIL ACTION** |
| **VERSUS** | **NO: 06-7213** |
| **INDUSTRIAL RISK INSURERS, ET AL.** | **SECTION: "S"(3)** |

## NOTICE OF HEARING

TO:   Plaquemines Parish School Board
through its attorneys of record
Allan Kanner, Cynthia Green St. Amant, Conlee Schell Whiteley and Melissa M. Fuselier
Kanner & Whiteley, L.L.C.
701 Camp Street
New Orleans, Louisiana 70130

-and-

Philip F. Cossich, Jr., David A. Parsiola, Darren D. Sumich, and Brandon J. Taylor
Cossich, Sumich & Parsiola & Taylor, LLC
8397 Highway 23
Belle Chasse, Louisiana 70037

**PLEASE TAKE NOTICE** that Defendants' Motion In Limine to Exclude Plaintiff's Expert Paul Amoruso filed by defendants, Industrial Risk Insurers and Westport Insurance Corporation will come for hearing in the United States District Court, Eastern District of Louisiana, Section S, Division 3 on February 18, 2009 at 10:00 a.m., or as soon thereafter as counsel may be heard. You are hereby invited to attend and participate as you may deem appropriate.

Respectfully Submitted,

**JAMES RYAN III & ASSOCIATES, LLC**

/s/ Jeffrey A. Clayman
_____
**JAMES RYAN III (#11558)**

**TIMOTHY T. RONIGER (#11443)**
**JEFFREY A. CLAYMAN (#30442)**
201 St. Charles Avenue, Suite 2420
New Orleans, LA 70170
Telephone:   (504) 599-5990
Facsimile:    (504) 599-5991
E-Mail: jryan@ryan-law.us

-and-

**NIXON PEABODY LLP**
AIDAN M. MCCORMACK (NY #2507655)
MARK DECKMAN (NY #2971265)
ERIK DREWNIAK (NY #3908019)
437 Madison Avenue
New York, NY 10022
Telephone:   (212) 940-3000
Facsimile:    (212) 940-3111
**COUNSEL FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of February, 2009, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Jeffrey A. Clayman
_____
**JEFFREY A. CLAYMAN**