## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**PLAQUEMINES PARISH SCHOOL BOARD**          **CIVIL ACTION**

**VERSUS**                                    **NO: 06-7213**

**INDUSTRIAL RISK INSURERS, ET AL.**          **SECTION: "S"(3)**

## ORDER

Having considered Defendants' Motion In Limine to Exclude Plaintiff's Expert Paul Amoruso filed by defendants, Industrial Risk Insurers and Westport Insurance Corporation,

IT IS ORDERED that the motion is GRANTED, and that the expert report and testimony of Paul Amoruso will be excluded from the trial of this matter.

New Orleans, Louisiana this ___ day of _____, 2009.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE